IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALIEU M. ISCANDARI,<br><br>　　　　Defendant. | Case No.: 11-797 JSC<br><br>**ORDER RE: MEET AND CONFER AND HEARING SCHEDULE ON DEFENDANT'S MOTIONS TO VACATE AND EXTEND RESPONSE TIME (Dkt. Nos. 11, 12)** |

Now pending before the Court are Defendant's Motions to Vacate Default Judgment (Dkt. No. 11) and for Extension of Time to Respond to Plaintiff's Complaint (Dkt. No.12). Plaintiff filed this student loan complaint in February of 2011 (Dkt. No. 1) and moved for default judgment on May 5, 2011 based on Defendant's failure to plead or defend the action. (Dkt. No. 3.) Default judgment was entered against Defendant on May 13, 2011. (Dkt. No. 7.) Defendant now moves to vacate the default judgment on the ground that he was unable to answer Plaintiff's complaint due to a protracted illness.

Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Jacqueline Scott Corley. All filings shall include the initials "JSC" after the case number. The Northern District of California Local Rules of Practice in Civil Proceedings apply to this case.

These rules are posted on our website, www.cand.uscourts.gov. In addition, the parties shall adhere to the following timeline:

1. Within **ten (10) days** of the date of this Order, the parties shall return to the Clerk of Court the enclosed form, either consenting to this Magistrate Judge's jurisdiction pursuant to 28 U.S.C. § 636(c), or requesting reassignment to a District Judge.
2. The parties shall meet and confer in person or by telephone regarding Defendant's motions prior to **June 1, 2012**.
3. If no resolution is reached, Plaintiff's response, if any, to Defendant's motions shall be filed on or before **June 7, 2012**.
4. Defendant shall file any reply on or before **June 14, 2012**.
5. If the matter is not resolved, the Court will hear argument **June 28, 2012** at 9 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco. The June 5, 2012 hearing date noticed on Defendant's motions is vacated.

**IT IS SO ORDERED.**

Dated: May 15, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE