IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALIEU M. ISCANDARI,<br><br>        Defendant. | Case No.: 11-797 JSC<br><br>**ORDER ESTABLISHING DECEMBER 28, 2012 AS DEADLINE FOR FILING ANY DISPOSITIVE MOTIONS** |

Defendant, who is an attorney, challenges the validity of student loan debt entered against him.[1] On August 30, 2012, a case management conference was held, which Defendant did not attend. Plaintiff requested 120 days to file a dispositive motion. Accordingly, the deadline for either party to file a dispositive motion is December 28, 2012.

**IT IS SO ORDERED.**

Dated: August 30, 2012

                                              *Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to 28 U.S.C. § 636(c), both parties consented to the jurisdiction of a United States magistrate judge. (Dkt. Nos. 16, 20).