M. Alieu Iscandari (SBN 184307)
Iscandari & Associates
24301 Southland Drive, Suite B-5
Hayward, CA 94545
Telephone: (510) 606-9063
Facsimile: (510) 722-2241
E Mail: aiscandari@aol.com

UNITED STATES DISCTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Alieu M. Iscandari aka Alieu Iscandari aka Muhammad A. Iscandari aka M. Alieu Iscandari aka Aliu Muhammand Iscandari aka Muhammas A. Iscandari aka M.A. Iscandari,<br><br>　　　　Defendant | Case No.: 11-CV-00797 SLM<br><br>STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES; AND [PROPOSED ORDER] THEREON<br><br>Date: January 24, 2013<br>Time: 9:00 a.m.<br>Dept.: Courtroom F, 15th Floor<br><br>Complaint Filed On: February 2, 2011 |

　　Defendant Alieu M. Iscandari and Plaintiff, by and through counsel Michael Cosentino, stipulate as follows:

　　Due to Defendant's ongoing serious health issues, the parties stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment until April 25, 2013. Discovery will remain open through April 1, 2013.

DATED: January 14, 2012　　　　　　　ISCANDARI & ASSOCIATES


　　　　　　　　　　　　　　　　　　　　*/s/ M. Alieu Iscandari*
　　　　　　　　　　　　　　　　　　　　M. Alieu Iscandari, Esq.


DATED: January __, 2012　　　　　　　LAW OFFICES OF MICHAEL COSENTINO


　　　　　　　　　　　　　　　　　　　　Michael Cosentino, Esq.

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES CV11-0797 SLM

1

M. Alieu Iscandari (SBN 184307)
Iscandari & Associates
24301 Southland Drive, Suite B-5
Hayward, CA 94545
Telephone: (510) 606-9063
Facsimile:  (510) 722-2241
E Mail: aiscandari@aol.com

UNITED STATES DISCTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

Alieu M. Iscandari aka Alieu Iscandari aka
Muhammad A. Iscandari aka M. Alieu
Iscandari aka Aliu Muhammand Iscandari aka
Muhammas A. Iscandari aka M.A. Iscandari,

      Defendant

Case No.: 11-CV-00797 SLM

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES; AND [PROPOSED ORDER] THEREON

Date:   January 24, 2013
Time:  9:00 a.m.
Dept.:  Courtroom F, 15th Floor

Complaint Filed On: February 2, 2011

    Defendant Alieu M. Iscandari and Plaintiff, by and through counsel Michael Cosentino, stipulate as follows:

    Due to Defendant's ongoing serious health issues, the parties stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment until April 25, 2013.  Discovery will remain open through April 1, 2013.

DATED: January 14, 2012          **ISCANDARI & ASSOCIATES**

                                                     M. Alieu Iscandari, Esq.

DATED: January 14, 2012          LAW OFFICES OF MICHAEL COSENTINO

                                                     Michael Cosentino, Esq.

1   UPON GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the
2   hearing on Plaintiff's Motion for Summary Judgment is continued. Defendant shall file a
3   responsive pleading to plaintiff's Motion for Summary Judgment no later than April  4 , 2013,
4   and shall serve this order on all parties within five days. ORDERED BY THE COURT:
5   IT IS SO ORDERED

Dated: 1/23/2013

_____
UNITED STATES DISTRICT COURT JUDGE
Jacqueline Scott Corley