M. Alieu Iscandari (SBN 184307)
Iscandari & Associates
24301 Southland Drive, Suite B-5
Hayward, CA 94545
Telephone: (510) 606-9063
Facsimile:  (510) 722-2241
E Mail:  aiscandari@aol.com

UNITED STATES DISCTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Alieu M. Iscandari aka Alieu Iscandari aka Muhammad A. Iscandari aka M. Alieu Iscandari aka Aliu Muhammand Iscandari aka Muhammas A. Iscandari aka M.A. Iscandari,<br><br>        Defendant | Case No.: 11-CV-00797 JSC<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES; AND  [~~PROPOSED~~ ORDER] THEREON<br><br>MSJ HEARING<br>Date:   August 1, 2013<br>Time:   9:00 a.m.<br>Dept.:  Courtroom F, 15th Floor<br><br>Complaint Filed On: February 2, 2011 |

Defendant Alieu M. Iscandari and Plaintiff, by and through counsel Michael Cosentino, stipulate as follows:

Due to Defendant's ongoing serious health issues, the parties stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment to August 8, 2013, at 9:00 AM, with a responsive pleading filing deadline of July 18, 2013, and a reply filing deadline of July 25, 2013. Discovery will remain open through July 1, 2013.

DATED:  April 2, 2013                    ISCANDARI & ASSOCIATES


                                          /s/
                                         M. Alieu Iscandari, Esq.


DATED:  April 2, 2013                     /s/

                                         Michael Cosentino

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

1

UPON GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment be and hereby is continued to August 8, 2013, at 9:00 AM, with a responsive pleading filing deadline of July 18, 2013, and a reply filing deadline of July 25, 2013.  Discovery will remain open through July 1, 2013.

IT IS SO ORDERED

Dated: April 3, 2013

*Jacquline S. Corley*
JACQULINE SCOTT CORLEY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

2