M. Alieu Iscandari (SBN 184307)
Iscandari & Associates
24301 Southland Drive, Suite B-5
Hayward, CA 94545
Telephone: (510) 606-9063
Facsimile:  (510) 722-2241
E Mail: aiscandari@aol.com

UNITED STATES DISCTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>Alieu M. Iscandari aka Alieu Iscandari aka Muhammad A. Iscandari aka M. Alieu Iscandari aka Aliu Muhammand Iscandari aka Muhammas A. Iscandari aka M.A. Iscandari,<br><br>            Defendant | ) Case No.: 11-CV-00797 JSC<br>)<br>) STIPULATION TO CONTINUE HEARING<br>) ON MOTION FOR SUMMARY<br>) JUDGMENT AND DISCOVERY<br>) DEADLINES; AND [~~PROPOSE~~D ORDER]<br>) THEREON<br>)<br>) Proposed MSJ HEARING<br>) Date:    February 6, 2014<br>) Time:   9:00 a.m.<br>) Dept.:   Courtroom F, 15th Floor<br><br>Complaint Filed On: February 2, 2011 |

Defendant Alieu M. Iscandari and Plaintiff, by and through counsel Michael Cosentino, stipulate as follows:

Due to Defendant's ongoing serious health issues, the parties stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment from August 8, 2013, at 2:00 PM, to February 6, 2014, at 9:00 AM with a responsive pleading filing deadline of January 9, 2014, and a reply filing deadline of January 23, 2014.  Discovery will remain open through December 20, 2013.

DATED: July 15, 2013            ISCANDARI & ASSOCIATES
                                                 /s/
                                                M. Alieu Iscandari, Esq.

DATED: July 15, 2013                        /s/

                                                Michael Cosentino

STIPULATION and ~~PROPOSED~~ ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

UPON GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment be and hereby is continued to February 6, 2014, at 9:00 AM, with a responsive pleading filing deadline of January 9, 2014, and a reply filing deadline of January 23, 2014.  Discovery will remain open through December 20, 2013.

IT IS SO ORDERED

Dated: July 22, 2013

_____
JACQULINE SCOTT CORLEY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

STIPULATION and PROPOSED ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

2