M. Alieu Iscandari (SBN 184307)
Iscandari & Associates
24301 Southland Drive, Suite B-5
Hayward, CA 94545
Telephone: (510) 606-9063
Facsimile:  (510) 722-2241
E Mail: aiscandari@aol.com

UNITED STATES DISCTIRCT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Alieu M. Iscandari aka Alieu Iscandari aka Muhammad A. Iscandari aka M. Alieu Iscandari aka Aliu Muhammand Iscandari aka Muhammas A. Iscandari aka M.A. Iscandari,<br><br>Defendant | Case No.: 11-CV-00797 JSC<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES; AND [~~PROPOSED ORDER~~] THEREON<br><br>Proposed MSJ HEARING<br>Date:   February 6, 2014<br>Time:   9:00 a.m.<br>Dept.:  Courtroom F, 15th Floor<br><br>Complaint Filed On: February 2, 2011 |

Defendant Alieu M. Iscandari and Plaintiff, by and through counsel Michael Cosentino, stipulate as follows:

Due to Defendant's ongoing serious health issues, the parties stipulate to continue the hearing on Plaintiff's Motion for Summary Judgment from February 6, 2014, at 9:00 AM, to June 19, 2014, at 9:00 AM with a responsive pleading filing deadline of May 9, 2014, and a reply filing deadline of May 23, 2014.  Discovery will remain open through April 20, 2014.

DATED: December 20, 2013          ISCANDARI & ASSOCIATES


                                  _____/s/_____
                                  M. Alieu Iscandari, Esq.


DATED: December 20, 2013          _____/s/_____
                                  Michael Cosentino

STIPULATION and ~~PROPOSED~~ ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

1

UPON GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Summary Judgment be and hereby is continued to June 19, 2014, at 9:00 AM with a responsive pleading filing deadline of May 9, 2014 and a reply filing deadline of May 23, 2014. Discovery will remain open through April 20, 2014.

IT IS SO ORDERED

Dated: December 30, 2013

JACQULINE SCOTT CORLEY
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

STIPULATION and ~~PROPOSED~~ ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES
CV11-0797 JSC

2