UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALIEU M. ISCANDARI,<br><br>Defendant. | Case No. 11-cv-00797-JSC<br><br>**ORDER RE: JUNE 19, 2014 HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Now pending before the Court is Plaintiff's motion for summary judgment, which is set for hearing on June 19, 2014. (Dkt. No. 28.) Although the current briefing schedule required Defendant's opposition to be submitted by May 9, 2014, and Plaintiff's reply to the opposition by May 23, 2014, no further briefing has been submitted to the Court and nothing has been filed in this case since the end of 2013. Given that the briefing schedule and hearing on the motion have previously been moved back several times in this case due to Defendant's health issues, the Court ORDERS the parties to inform the Court **by Thursday, June 5, 2014** whether Defendant's health issues require a further continuation of the motion hearing.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge