UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ALIEU M. ISCANDARI,<br>    Defendant. | Case No. 11-cv-00797-JSC<br><br>**ORDER RE: JUNE 11, 2015 HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 28 |

Now pending before the Court is Plaintiff's motion for summary judgment, which is set for hearing on June 11, 2015. (Dkt. No. 28.) Although the current briefing schedule required Defendant's opposition to be submitted by April 30, 2015, and Plaintiff's reply to the opposition by May 14, 2015, no further briefing has been submitted to the Court and nothing has been filed in this case since January when the parties indicated that they were in settlement negotiations. (Dkt. No. 47.) Given that the briefing schedule and hearing on the motion have previously been moved back several times in this case due to Defendant's health issues, the Court ORDERS the parties to inform the Court by **Tuesday, May 26, 2015** whether a further continuation of the motion hearing is required due to Defendant's health and/or ongoing settlement negotiations.

**IT IS SO ORDERED.**

Dated: May 19, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge